IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MELISSA JANE SIKKEMA,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. C13-2037<br><br>ORDER REGARDING MOTION FOR STAY |

This matter comes before the Court on the Motion for a Stay of Briefing Schedule in Light of Lapse of Appropriations (docket number 12) filed by the Government on October 16, 2013. Citing a lapse of appropriations to the Department of Justice, the Defendant asks that this case be stayed until funds have been appropriated. It is the Court's understanding that Congress has passed a continuing resolution which "reopens" the Government. Because the lapse in appropriations was approximately 17 days, the Court finds that the deadlines for briefing should be extended by 17 days.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Stay (docket number 12) is **DENIED**. However, the deadlines for filing briefs are **EXTENDED** as follows:

1. Defendant's brief is due not later than **November 8, 2013**.
2. Plaintiff's reply brief, if any, is due not later than **November 18, 2013**.

DATED this 17th day of October, 2013.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA